1  Daniel Feinberg – CA State Bar No. 135983
   dfeinberg@lewisfeinberg.com
2  LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
   1330 Broadway, Suite 1800
3  Oakland, CA 94612
   Telephone: (510) 839-6824
4  Facsimile: (510) 839-7839

5  Attorneys for Plaintiff

7               IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  LAWRENCE SIROTT,                    )
                                       )
10              Plaintiff,             )   Case No. C 07-04870 PJH
                                       )
11       vs.                           )   **PROOF OF SERVICE OF SUMMONS**
                                       )   **AND COMPLAINT**
12 THE PERMANENTE MEDICAL GROUP        )
   LONG TERM DISABILITY PLAN,          )
13                                     )
                Defendant.             )
14 _____ )
                                       )
15                                     )

17 Dated: October 11, 2007              Respectfully submitted,

                                        LEWIS, FEINBERG, LEE
19                                      RENAKER & JACKSON, P.C.

20                          By:         ___/S/_____
                                        Daniel Feinberg
21                                      Attorneys for Plaintiff

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

LAWRENCE SIROTT

v.

THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-04870 PJH

ADR

TO: (Name and address of defendant)

THE PERMANENTE MEDICAL GROUP
c/o William Petrick
1950 FRANKLIN ST
OAKLAND, CA 94612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Feinberg
Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE 9/20/2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/04/2007   11:40 AM |
| Name of SERVER Arran Smith | TITLE RPS#1018, Alameda County |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
1950 Franklin St., Oakland, CA 94612

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Service by substituted service to Rachelle Valenzuela, Executive Staff Assistant

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $55.00 | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10/05/2007
              Date

Signature of Server

936 Dewing Ave., #E-1, Lafayette, CA
Address of Server                      94549

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure