SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIROTT, | Case No.:  C 07-04870 PJH |
| Plaintiff, | **STIPULATION TO EXTEND THE TIME TO ANSWER THE COMPLAINT IN THIS MATTER** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Plaintiff Lawrence Sirott, M.D., through his counsel of record, Daniel Feinberg of Lewis, Feinberg, Lee, Renaker & Jackson, and counsel for defendant, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby stipulate that defendant has until December 7, 2007 to file an answer to the complaint in the above-captioned matter.

IT IS SO STIPULATED.

Dated:  November 14, 2007

WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP


By:_____/s/_____
    SEAN P. NALTY
    Attorneys for Defendant
    THE PERMANENTE MEDICAL GROUP LONG
    TERM DISABILITY PLAN


Dated:  November 14, 2007

LEWIS, FEINBERG, LEE, RENAKER & JACKSON


By_____/s/_____
    DANIEL FEINBERG
    Attorneys for Plaintiff
    LAWRENCE SIROTT


IT IS SO ORDERED.

Dated:


_____
Judge of the United States Northern District