1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California 94105
   Telephone:   (415) 433-0990
4  Facsimile:   (415) 434-1370

5  Attorneys for Defendant
   THE PERMANENTE MEDICAL GROUP
6  LONG TERM DISABILITY PLAN

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 LAWRENCE SIROTT,                    )  Case No.: C 07-04870 PJH
                                       )
12           Plaintiff,                )  **CERTIFICATE OF INTERESTED**
                                       )  **PARTIES**
13      vs.                            )
                                       )
14 THE PERMANENTE MEDICAL GROUP        )
   LONG TERM DISABILITY PLAN,          )
15                                     )
             Defendant.                )
16                                     )

---

1
Notice of Interested Parties
314943.1                                USDC NDCA Case #C 07-04870 PJH

The undersigned counsel of record for defendant THE PERMANANTE MEDICAL GROUP LONG TERM DISABILITY PLAN certifies that the entities described below have a direct, pecuniary interest in the outcome of this matter: Life Insurance Company of North America issued the group disability policy that is the subject of this action to The Permanente Medical Group Long Term Disability Plan. Connecticut General Corporation is a parent company of Life Insurance Company of North America. Connecticut General Corporation is a wholly-owned subsidiary of CIGNA Holdings, Inc. CIGNA Holdings, Inc. is a wholly-owned subsidiary of CIGNA Corporation.

Dated: December 4, 2007                    WILSON, ELSER, MOSKOWITZ,
                                                          EDELMAN & DICKER LLP


                                           By:_____/s/_____
                                                SEAN P. NALTY
                                                Attorneys for Defendant
                                                THE PERMANENTE MEDICAL GROUP LONG
                                                TERM DISABILITY PLAN