Daniel Feinberg – CA State Bar No. 135983
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
E-mail:dfeinberg@lewisfeinberg.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIROTT, )<br><br>Plaintiff, )<br><br>vs. )<br><br>THE PERMANENTE MEDICAL GROUP, )<br><br>Defendant. )<br>) | Case No. C07-04870 (PJH)<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 4, 2007

Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: _____
    Daniel Feinberg
    Attorneys for Plaintiff