| | |
|---|---|
| 1 | SEAN P. NALTY (SBN 121253) |
| | **WILSON, ELSER, MOSKOWITZ,** |
| 2 |   **EDELMAN & DICKER LLP** |
| | 525 Market Street, 17th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone:    (415) 433-0990 |
| 4 | Facsimile:    (415) 434-1370 |
| 5 | Attorneys for Defendant |
| | THE PERMANENTE MEDICAL GROUP |
| 6 | LONG TERM DISABILITY PLAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE SIROTT, | ) | Case No.: C 07-04870 PJH |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND REQUEST** |
| | ) | **FOR A CONTINUANCE OF THE CASE** |
| vs. | ) | **MANAGEMENT CONFERENCE AND** |
| | ) | **[PROPOSED] ORDER** |
| THE PERMANENTE MEDICAL GROUP | ) | |
| LONG TERM DISABILITY PLAN, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-captioned matter, Lawrence Sirott, M.D., through his counsel of record, Daniel Feinberg, Lewis, Feinberg, Lee, Renaker & Jackson, P.C., and defendant The Kaiser Permanente Medical Group Long Term Disability Plan, through its counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby jointly request a one-month continuance of the Case Management Conference in this matter and the dates associated with the Conference.

Currently, December 13, 2007 is the last day to meet and confer concerning ADR options. December 27, 2007 is the last day to file a Rule 26(f) report, complete Rule 26 disclosures, and file a Case Management Conference Statement. The initial Case Management Conference in this matter is set for January 3, 2008.

1  The parties request this continuance because they are trying to settle this matter and
2  believe that this can be done with additional time. The parties agree that it is important to these
3  settlement efforts that the parties minimize incurring additional legal fees.
4  Accordingly, based on the explanation above, the parties hereby stipulate that the Case
5  Management Conference in this matter, and the various dates associated with the conference, may
6  be continued for 30 days.
7  IT IS SO STIPULATED.

8  Dated:  December 7, 2007        WILSON, ELSER, MOSKOWITZ,
                                                                EDELMAN & DICKER LLP
9

10                                               By:_____/s/_____
                                                           SEAN P. NALTY
11                                                       Attorneys for Defendant
                                                           THE PERMANENTE MEDICAL GROUP LONG
12                                                       TERM DISABILITY PLAN

13
    Dated:  December 7, 2007        LEWIS, FEINBERG, LEE, RENAKER & JACKSON
14

15
                                                 By_____/s/_____
16                                                         DANIEL FEINBERG
                                                           Attorneys for Plaintiff
17                                                       LAWRENCE SIROTT

18

19  Based on the stipulation of the parties, and good cause appearing therefore, the Court will
20  issue a new initial scheduling order continuing the Case Management Conference in this matter
21  for 30 days as well as the dates leading up to the Conference.
22  IT IS SO ORDERED.
23  Dated:
24
                                              _____
25                                                   Judge of the United States District Court
26
27
28

---

2

315671.1                                              USDC NDCA Case #C 07-04870 PJH