SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:     (415) 433-0990
Facsimile:      (415) 434-1370

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIROTT, | Case No.: C 07-04870 PJH |
| Plaintiff, | **JOINT STIPULATION AND REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties in the above-captioned matter, Lawrence Sirott, M.D., through his counsel of record, Daniel Feinberg, Lewis, Feinberg, Lee, Renaker & Jackson, P.C., and defendant The Kaiser Permanente Medical Group Long Term Disability Plan, through its counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby jointly request a one-month continuance of the Case Management Conference in this matter and the dates associated with the Conference.

Currently, December 13, 2007 is the last day to meet and confer concerning ADR options. December 27, 2007 is the last day to file a Rule 26(f) report, complete Rule 26 disclosures, and file a Case Management Conference Statement. The initial Case Management Conference in this matter is set for January 3, 2008.

The parties request this continuance because they are trying to settle this matter and believe that this can be done with additional time. The parties agree that it is important to these settlement efforts that the parties minimize incurring additional legal fees.

Accordingly, based on the explanation above, the parties hereby stipulate that the Case Management Conference in this matter, and the various dates associated with the conference, may be continued for 30 days.

IT IS SO STIPULATED.

Dated: December 7, 2007    WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                            By:_____/s/_____
                                SEAN P. NALTY
                                Attorneys for Defendant
                                THE PERMANENTE MEDICAL GROUP LONG
                                TERM DISABILITY PLAN


Dated: December 7, 2007    LEWIS, FEINBERG, LEE, RENAKER & JACKSON


                            By_____/s/_____
                                DANIEL FEINBERG
                                Attorneys for Plaintiff
                                LAWRENCE SIROTT


Based on the stipulation of the parties, and good cause appearing therefore, ~~the Court will issue a new initial scheduling order continuing~~ the Case Management Conference ~~in this matter~~ is continued for 30 days as well as the dates leading up to the Conference. Case Management Conference is set for 2/7/08 at 2:30 p.m.

IT IS SO ORDERED.

Dated: 12/10/07

                            _____
                            Judge of United States District Court
                            [Seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]