1  SEAN P. NALTY (SBN 121253)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, California  94105
   Telephone:     (415) 433-0990
4  Facsimile:     (415) 434-1370

5  Attorneys for Defendant
   THE PERMANENTE MEDICAL GROUP
6  LONG TERM DISABILITY PLAN

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAWRENCE SIROTT,               ) | Case No.:  C 07-04870 PJH |
   |                                ) |                           |
12 |         Plaintiff,             ) | **JOINT STIPULATION AND REQUEST** |
   |                                ) | **FOR A CONTINUANCE OF THE CASE** |
13 |     vs.                        ) | **MANAGEMENT CONFERENCE AND**     |
   |                                ) | **[~~PROPOSED~~] ORDER**          |
14 | THE PERMANENTE MEDICAL GROUP   ) |                           |
   | LONG TERM DISABILITY PLAN,     ) |                           |
15 |                                ) |                           |
   |         Defendant.             ) |                           |
16 |                                ) |                           |

17

18       The parties in the above-captioned matter, Lawrence Sirott, M.D., through his counsel of

19 record, Daniel Feinberg, Lewis, Feinberg, Lee, Renaker & Jackson, P.C., and defendant The

20 Kaiser Permanente Medical Group Long Term Disability Plan, through its counsel of record, Sean

21 P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby jointly request a one-month

22 continuance of the Case Management Conference in this matter and the dates associated with the

23 Conference.

24       Currently, December 13, 2007 is the last day to meet and confer concerning ADR options.

25 December 27, 2007 is the last day to file a Rule 26(f) report, complete Rule 26 disclosures, and

26 file a Case Management Conference Statement.  The initial Case Management Conference in this

27 matter is set for January 3, 2008.

28

---

1

315671.1                                          USDC NDCA Case #C 07-04870 PJH

1  The parties request this continuance because they are trying to settle this matter and
2  believe that this can be done with additional time.  The parties agree that it is important to these
3  settlement efforts that the parties minimize incurring additional legal fees.
4  Accordingly, based on the explanation above, the parties hereby stipulate that the Case
5  Management Conference in this matter, and the various dates associated with the conference, may
6  be continued for 30 days.
7  IT IS SO STIPULATED.

8  Dated:  December 7, 2007         WILSON, ELSER, MOSKOWITZ,
                                             EDELMAN & DICKER LLP
9

10                                   By:_____/s/_____
                                             SEAN P. NALTY
11                                           Attorneys for Defendant
                                             THE PERMANENTE MEDICAL GROUP LONG
12                                           TERM DISABILITY PLAN

13
   Dated:  December 7, 2007         LEWIS, FEINBERG, LEE, RENAKER & JACKSON
14

15
                                     By_____/s/_____
16                                           DANIEL FEINBERG
                                             Attorneys for Plaintiff
17                                           LAWRENCE SIROTT

18

19  Based on the stipulation of the parties, and good cause appearing therefore, ~~the Court will~~
                                                                              is continued
20  ~~issue a new initial scheduling order continuing~~ the Case Management Conference ~~in this matter~~
21  for 30 days as well as the dates leading up to the Conference.  Case Management Conference is set
                                                                    for 2/7/08 at 2:30 p.m.
22  IT IS SO ORDERED.

23  Dated: 12/10/07

24
                                     _____
25                                           Judge of the United States District Court
                                             [IT IS SO ORDERED — Judge Phyllis J. Hamilton, seal]
26

27

28

---

2

315671.1                                                USDC NDCA Case #C 07-04870 PJH