SEAN P. NALTY (SBN 121253)
**WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Defendant
THE PERMANENTE MEDICAL GROUP
LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIROTT, | Case No.: C 07-04870 PJH |
| Plaintiff, | **JOINT STIPULATION AND REQUEST FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |
| vs. | |
| THE PERMANENTE MEDICAL GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

The parties in the above-captioned matter, Lawrence Sirott, M.D., through his counsel of record, Daniel Feinberg, Lewis, Feinberg, Lee, Renaker & Jackson, P.C., and defendant The Kaiser Permanente Medical Group Long Term Disability Plan, through its counsel of record, Sean P. Nalty, Wilson, Elser, Moskowitz, Edelman & Dicker, hereby jointly request an additional one-month continuance of the Case Management Conference in this matter and the dates associated with the conference.

Currently, the Case Management Conference Statement is due January 31, 2008 and the initial Case Management Conference ("CMC") in this matter is set for February 7, 2008.

The parties request this continuance in order to continue to pursue settlement discussions in this matter. The Parties have worked diligently over the last month and have made significant progress. The parties need additional time to complete these discussions. The parties agree that it

is important to these settlement efforts that the parties avoid incurring additional legal fees until such time as these discussions are exhausted, including the fees generated in preparing for the CMC and attending the CMC. The parties represent that this will be the last request to continue this matter based on these settlement discussions.

Accordingly, based on the explanation above, the parties hereby stipulate that the Case Management Conference in this matter, and the various dates associated with the conference, may be continued for 28 days.

IT IS SO STIPULATED.

Dated: January 30, 2008        WILSON, ELSER, MOSKOWITZ,
                               EDELMAN & DICKER LLP


                               By:_____*Sean Nalty*_____
                                   SEAN P. NALTY
                                   Attorneys for Defendant
                                   THE PERMANENTE MEDICAL GROUP LONG
                                   TERM DISABILITY PLAN


Dated: January 30, 2008        LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.


                               By_____*Daniel Feinberg*_____
                                   DANIEL FEINBERG
                                   Attorneys for Plaintiff
                                   LAWRENCE SIROTT


Based on the stipulation of the parties, and good cause appearing therefore, the Court will issue a new initial scheduling order continuing the Case Management Conference in this matter for 28 days, i.e. to March 6, 2008, as well as the dates leading up to the Conference.

IT IS SO ORDERED.

Dated: 2/1/08

_____
District Court

IT IS SO ORDERED
Judge Phyllis J. Hamilton