United States District Court
Northern District of California

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                      **Northern District of California**

10   Sirott,                                    07-04870 PJH

11                  Plaintiff(s),         **NOTICE RE: NONCOMPLIANCE
                                          WITH COURT ORDER**
12        v.

13   The Permanente Medical Group Long

14   Term Disability,

15                  Defendant(s).

16

17        The parties have failed to file an ADR Certification and either a Stipulation and

18   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

19   Conference as required by the Initial Case Management Scheduling Order.  Counsel

20   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

21   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

22   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting

23   ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

24   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

25   at www.adr.cand.uscourts.gov.)

26

27        Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

28   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-04870 PJH                          -1-

**United States District Court**
**Northern District of California**

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur <u>before</u> the Case Management Conference.

7

8

9  Dated: February 20, 2008

10                                     RICHARD W. WIEKING
                                        Clerk
11                                     by:    Timothy J. Smagacz

12                                     Timothy Smagacz

13                                     ADR Administrative Assistant
                                        415-522-4205
14                                     Tim_Smagacz@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

Case Name:          Sirott v. The Permanente Medical Group Long Term Disability

Case Number:     07-04870 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On February 20, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel Mark Feinberg
> Lewis Feinberg Lee Renaker & Jackson, P.C.
> 1330  Broadway, Suite 1800
> Oakland, CA 94612
> dfeinberg@lewisfeinberg.com

> Sean Patrick Nalty
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 525 Market Street, 17th Floor
> San Francisco, CA 94105-2725
> sean.nalty@wilsonelser.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 20, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov