Daniel Feinberg – CA State Bar No. 135983
dfeinberg@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SIROTT, ) | |
| ) | |
| Plaintiff, ) | Case No. C07-04870 (PJH) |
| ) | |
| vs. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| THE PERMANENTE MEDICAL GROUP ) | |
| LONG TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

The parties hereby notify the Court that they have agreed to settlement terms and request that the Court take the Case Management Conference set for March 6, 2008 off calendar. The parties intend to file a stipulation of dismissal within thirty (30) days.

Dated: February 27, 2008          Respectfully submitted,

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON P.C.

By: _____/s/_____
DANIEL FEINBERG
Attorneys for Plaintiff

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____/s/_____
SEAN P. NALTY
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28