UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE SIROTT,

        Plaintiff(s),                            No. C 07-4870 PJH

    v.                                     **ORDER OF DISMISSAL**

THE PERMANENTE MEDICAL GROUP
LONG TERM DISABILITY PLAN,

        Defendant(s).

_____/

       Counsel for both parties, having advised the court in writing that the parties have agreed to a settlement of this cause and that a stipulation of dismissal will be filed within thirty (30) days, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

       The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

       The March 6, 2008 case management conference date is VACATED.

       IT IS SO ORDERED.

Dated: February 29, 2008

                                                          PHYLLIS J. HAMILTON
                                                          United States District Judge